JULIAN PARDO DE ZELA [SBN 246496]
 JPardodeZela@messner.com
MESSNER REEVES LLP
160 W. Santa Clara Street, Suite 1000
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant MANDY BRADY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Cyrus Hazari,<br><br>   Plaintiff,<br><br>v.<br><br>Superior Court of Santa Clara County State of California, et al. and DOES 1-100,<br><br>   Defendants. | Case No. 21-CV-04262 JSW<br><br>**DEFEDANT MANDY BRADY'S REPLY TO PLAINTIFF'S OBJECTIONS TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S MEDICAL DOCUMENTS SHOULD BE MAINTAINED UNDER SEAL**<br><br>Judge: Hon. Jeffrey S. White |

  On September 27, 2021, this Court ordered Plaintiff Cyrus Hazari ("Hazari") to show cause, no later than October 12, 2021, why he should not be required to serve his motions to seal and the accompanying documents on Ms. Brady. *Dkt* 38.

  Hazari filed his "Objections" to the Order to Show Cause on October 12, 2021 (*dkt* 39), followed by an "Errata" and "missing" exhibits. *Dkt*. 40. While Hazari demonstrates great vigor and energy in assembling and drafting hundreds of pages of personal attacks on Ms. Brady, her counsel, and the California judiciary, the Objections and supporting exhibits never set forth any legal authority to support his contention that he is not required to comply with the rules for service set forth by the Federal Rules of Civil Procedure and this Court's Civil Local Rules. *See* Fed. R. Civ. P. 5(a); N.D. Civ. L.R. 5- 5, 7-11(a), and 79-5(d)(1). Furthermore, Hazari has failed to provide authority indicating that privileges can protect the materials at issue in light of authority cited previously (*see dkt* 37, 5:17-6:3) and the allegations of his own pleading.

1          Case No. C-21-04262 JSW
**REPLY TO PLAINTIFF'S OBJECTIONS TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S MEDICAL DOCUMENTS SHOULD BE MAINTAINED UNDER SEAL**

{05823768 / 1}

Furthermore, this Court should be aware that since the entry of its stay of this matter, Hazari has vigorously filed and pursued claims in State court, including as follows:

- On September 15, 2021, Hazari filed a "Declaration About The Continued Improprieties And Hate Crimes Of The Appeal Court Of The 6th District And The Superior Court Of Santa Clara County" in California Court of Appeal (Sixth District) Case No. H049414. This consisted of 151 pages of argument and exhibits that on information and belief were drafted and assembled by Hazari.

- On October 1, 2021, Hazari filed a "Writ to Further Document The Improprieties Of A Corrupt Judge, Socrates Manoukian, And His Scheme To Undermine Justice In Collusion With This Court And To Ensure That Disability Hate Crimes Pay Dividends For Himself And His Fellow Judges" in *Hazari v. Brady*, Santa Clara County Superior Court Case No. 16CV295730. Hazari's filing consisted of 135 pages of argument and exhibits that on information and belief were drafted and assembled by Hazari.

- On October 20, 2021, Hazari filed a Notice of Appeal in *Hazari v. Brady*, Santa Clara County Superior Court Case No. 16CV295730.

Accordingly, this Court should find that Hazari has failed to show cause why his medical records should remain under seal, and Order Hazari to immediately serve his motions to seal and the accompanying documents on Ms. Brady, and further Order that the failure to do so will be grounds for sanctions.

Dated: October 27, 2021

MESSNER REEVES LLP

By: _____
JULIAN PARDO DE ZELA
Attorneys for Defendant MANDY BRADY

{05823768 / 1}

2

Case No. C-21-04262 JSW

**REPLY TO PLAINTIFF'S OBJECTIONS TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S MEDICAL DOCUMENTS SHOULD BE MAINTAINED UNDER SEAL**

# PROOF OF SERVICE

**Hazari v. Superior Court, et al.**
**Case No. 21-cv-04262 JSW**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Santa Clara, State of California. My business address is 160 W. Santa Clara Street, Suite 1000, San Jose, CA 95113.

On October 27, 2021, I served true copies of the following document(s) described as **DEFEDANT MANDY BRADY'S REPLY TO PLAINTIFF'S OBJECTIONS TO ORDER TO SHOW CAUSE WHY PLAINTIFF'S MEDICAL DOCUMENTS SHOULD BE MAINTAINED UNDER SEAL** on the interested parties in this action as follows:

Cyrus Hazari                                              Plaintiff In Pro Per
15209 Blue Gum Court
Saratoga, CA  95070
Telephone/Fax: (408) 766-7471
Email: cyrus@metafusion.net

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Messner Reeves LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2021, at San Jose, California.

_____
Jennifer K. Timbol