UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYRUS HAZARI,

    Plaintiff,

v.

SUPERIOR COURT OF SANTA CLARA COUNTY ET AL, et al.,

    Defendants.

Case No. 21-cv-04262-JSW

**ORDER TO DEFENDANT TO SHOW CAUSE**

Re: Dkt. No. 49

    On December 21, 2021, Defendant Mandy Brady filed her reply in support of her motion to lift the stay and filed a declaration in support of that motion. Ms. Brady attached a single page of Plaintiff's medical records to her declaration but did not seek to file those records under seal. Pending a ruling on this Order to Show Cause, the Court has directed that Ms. Brady's declaration be sealed. Ms. Brady is HEREBY ORDERED TO SHOW CAUSE why Exhibit A to her declaration should not be sealed, and her response shall be due by January 3, 2022.

    The Court has vacated the hearing date and has the matter under submission and will issue a written ruling in due course. If the Court tentatively concludes the Exhibit A should be filed publicly, it will provide Plaintiff with an opportunity to respond. Unless the Court issues such an order, Plaintiff need file a response.

    **IT IS SO ORDERED**.

Dated: December 22, 2021

JEFFREY S. WHITE
United States District Judge