|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | JUL 21 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CYRUS HAZARI,

        Plaintiff-Appellant,

 v.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA; et al.,

        Defendants-Appellees.

No. 22-16046

D.C. No. 4:21-cv-04262-JSW
Northern District of California,
Oakland

ORDER

Before: SILVERMAN, CALLAHAN, and COLLINS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court has not issued any orders that are final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

Appellant's motion to seal (Docket Entry No. 3) is granted. The Clerk will maintain Docket Entry No. 3 under seal.

The emergency motion to stay (Docket Entry No. 2) is denied as moot.

**DISMISSED.**

at/MOATT