UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS HAZARI,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY ET AL, et al.,<br><br>    Defendants. | Case No. 21-cv-04262-JSW<br><br>**ORDER DENYING RENEWED EMERGENCY MOTION TO STAY**<br><br>Re: Dkt. No. 91 |

The Court has received Plaintiff's renewed emergency motion for a stay pending appeal, the declaration submitted in support of that motion, and Defendant Mandy Brady's opposition. The Court DENIES the motion for a stay, and Plaintiff's opposition to the motion to dismiss remains due on October 7, 2022.

The Court ADMONISHES Plaintiff that although he is proceeding *pro se*, he still is expected to follow the Local and Federal Rules and to comply with this Court's standing orders. In general, motions shall be noticed for a hearing no earlier than 35 days after the motion is filed. If any party believes that a motion should be heard on shortened time, they shall file an administrative motion seeking that relief.

**IT IS SO ORDERED**.

Dated: October 3, 2022

                                                JEFFREY S. WHITE<br>
                                                United States District Judge